UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNN TASTO,<br><br>  Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>  Defendant. | Case No.: 3:17-cv-2077-CAB-WVG<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 12] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice [Doc. No. 12], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE** pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1) with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated: March 7, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge